**LAW OFFICES**
**O'Rourke & Hansen, PLLC**
235 BROOKSITE DRIVE
SUITE 300
HAUPPAUGE, NEW YORK   11788-2520

| | | |
|---|---|---|
| JAMES J. O'ROURKE<br>CHRISTOPHER M. HANSEN | (631) 361-3400<br>FAX (631) 361-7324 | OF COUNSEL<br>RICHARD J. KAUFMAN<br>KEVIN T. KEARON |

*Via Facsimile 212-805-7925*
November 12, 2014

Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RECEIVED
NOV 13 2014
JUDGE SWEET CHAMBERS

Re:   *US v. Knights, et al*
       *13 CR 795 (RWS)*

Dear Judge Sweet:

This firm represents Jordan Kapchan in the above referenced matter which is scheduled for a status conference on November 13, 2014 at 4:00 p.m. The conference in this matter was adjourned, on consent, at the request of Susan J. Walsh, the attorney for defendant Ryan Knights, to January 20, 2015 at 4:00 p.m.

I respectfully request that the conference also be adjourned on behalf of our client, Jordan Kapchan. The defendant, Jordan Kapchan, consents to the exclusion of time under the Speedy Trial Act.

Pursuant to my office's telephone conversation with Mr. Chan, we respectfully request this matter be adjourned, on consent of AUSA Emil Bove, to January 20, 2015 at 4:00 p.m.

Thank you for your courtesy and consideration.

Respectfully,

*[signature]*

JAMES J. O'ROURKE
JOR/jrh
cc:   AUSA Emil Bove via facsimile- 212-637-2443
       Jordan Kapchan

*Adjourned*
*Time excluded*
*So ordered*
*Sweet USDJ*
*11-14-14*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/14